**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AARON X. SMITH,** *Plaintiff,* | : | **CIVIL ACTION** |
| | : | **NO. 25-3082** |
| **v.** | : | |
| **TEMPLE UNIVERSITY,** *Defendant.* | : | |

**ORDER**

**AND NOW**, this 10th day of August 2026, upon consideration of Defendant's *motion to dismiss Plaintiff's complaint*, (ECF 7), Plaintiff's response in opposition and cross-motion for leave to file a first amended complaint, (ECF 9), and Defendant's reply, (ECF 10), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **GRANTED**, *in part*, insofar as Plaintiff's complaint is **DISMISSED**, without prejudice.

It is further **ORDERED** that Plaintiff's cross-motion for leave to file a first amended complaint is **GRANTED**. Accordingly, Plaintiff shall have until August 26, 2026, to file an amended complaint.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*